IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RONALD FORD,<br>ID # 005249<br><br>*Plaintiff*,<br><br>v.<br><br>FNU LNU, et al.,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 3:26-cv-2132-M-BW |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. ECF No. 10. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and **DIMISSES WITHOUT PREJUDICE** this case under Federal Rule of Civil Procedure 41(b) for failure to prosecute and follow court orders.

**IT IS SO ORDERED** this 28th day of October, 2026**.**

Kasdin M. Mitchell
KASDIN M. MITCHELL
UNITED STATES DISTRICT JUDGE